| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PNG Ventures, Inc., a Nevada Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA Telecommunications Technologies, Ltd.; FKA Paper Computer Corp.; FKA Paper Computer.com, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0350286** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5310 Harvest Hill Road<br>Suite 229<br>Dallas, TX**                    ZIP Code **75230** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PNG Ventures, Inc., a Nevada Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**PNG Ventures, Inc., a Nevada Corporation**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ L. Jason Cornell (I.D. No.**
Signature of Attorney for Debtor(s)

**L. Jason Cornell (I.D. No. 3821)**
Printed Name of Attorney for Debtor(s)

**Fox Rothschild LLP**
Firm Name

**Citizens Bank Center**
**919 N. Market Street, Suite 1300**
**Wilmington, DE 19801**
Address

**Email: jcornell@foxrothschild.com**
**302-654-7444  Fax: (302) 656-8920**
Telephone Number

**September  3, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Cem Hacioglu**
Signature of Authorized Individual

**Cem Hacioglu**
Printed Name of Authorized Individual

**CEO/President**
Title of Authorized Individual

**September  3, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **PNG Ventures, Inc., a Nevada Corporation** _____,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Applied LNG Tecnhologies USA, LLC**<br>**Delaware** | **09-**<br>**Affiliate** | |
| **Arizona LNG, LLC**<br>**Delaware** | **09-**<br>**Affiliate** | |
| **Earth Leasing, Inc.**<br>**Delaware** | **09-**<br>**Affiliate** | |
| **Fleet Star, Inc.**<br>**Delaware** | **09-**<br>**Affiliate** | |
| **New Earth LNG, LLC**<br>**Delaware** | **09-**<br>**Affiliate** | |

# United States Bankruptcy Court

## District of Delaware

In re    **PNG Ventures, Inc., a Nevada Corporation** _____,    Case No. _____

Debtor

Chapter _____ **11** _____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___ **000-29735** _____.

2. The following financial data is the latest available information and refers to debtor's condition on ___ **3/31/2009** _____.

   a. Total assets                                                      $ _____ **39,912,000.00**

   b. Total debts (including debts listed in 2.c.,below)    $ _____ **44,605,000.00**

   | | | | | Approximate number of holders |
   |---|---|---|---|---|
   | c. Debt securities held by more than 500 holders. | | | | |
   | secured / / | unsecured / / | subordinated / / | $ _____ **0.00** | _____ **0** |
   | secured / / | unsecured / / | subordinated / / | $ _____ **0.00** | _____ **0** |
   | secured / / | unsecured / / | subordinated / / | $ _____ **0.00** | _____ **0** |
   | secured / / | unsecured / / | subordinated / / | $ _____ **0.00** | _____ **0** |
   | secured / / | unsecured / / | subordinated / / | $ _____ **0.00** | _____ **0** |

   d. Number of shares of preferred stock          **0**          **0**

   e. Number of shares of common stock          **10,084,738**          **201**

   Comments, if any:

3. Brief description of debtor's business:
   **The Debtors consist of a consolidated group of business entities engaged in the production, distribution, and sale of liquified natural gas primarily in California, Arizona and Nevada.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**PNG VENTURES, INC.**
**a Nevada Corporation**

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF PNG VENTURES, INC.
## DATED THE 20TH DAY OF AUGUST, 2009

Pursuant to Section 78.138 of the Nevada Revised Statutes, the Directors and Officers of PNG Ventures, Inc. (the "Company"), through the undersigned, do hereby consent to the following actions which were duly presented to and unanimously adopted at a special meeting of the Board of Directors (the "Board") of the Company at which a quorum was present and acting throughout:

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and employees and other interested parties to file a voluntary petition for relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"); and it is

FURTHER RESOLVED, that the Chairman of the Board, the President, or the Vice President of the Company are hereby authorized and empowered to execute on behalf of, and in the name of, the Company a voluntary petition for relief under chapter 11 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the District of Delaware, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED, that the appropriate officers of the Company be, and they hereby are, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED, that in connection with the commencement of the Chapter 11 Case by the Company, the appropriate officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED, that the law firm of Fox Rothschild LLP, is hereby employed as reorganization counsel for the Company upon such terms and conditions as the officers shall approve, to render legal services to, and to represent, the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements

and pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case; and it is

FURTHER RESOLVED, that the appropriate officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the officers shall approve, to provide services to the Company as may be requested by the officers of the Company in connection with the Chapter 11 Case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED, that the appropriate officers of the Company are authorized and empowered to prepare and file with the Securities and Exchange Commission such documents and instruments as may be necessary or desirable in connection with the Chapter 11 Case; and it is

FURTHER RESOLVED, that the appropriate officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral, and to enter into any guarantees and to pledge or grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements, and in connection therewith, such affairs of the Company, are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is

FURTHER RESOLVED, that the appropriate officers of the Company are authorized and directed to take any and all further action, and to execute and deliver in the name of and on behalf of the Company any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by officers or directors of the Company to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the Chapter 11 Case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved.

IN WITNESS THEREOF, we hereto set our hands this 20th day of August, 2009.

PNG VENTURES, INC.

By: _____
      Cem Hacioglu, President

# United States Bankruptcy Court

## District of Delaware

In re    **PNG Ventures, Inc., a Nevada Corporation** _____ ,

Debtor

Case No. _____

Chapter _____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Akira Ogata<br>908 Wainiha St.<br>Honolulu, HI 96825** | | | |
| **Al Ryback<br>12841 N Oriole Ln.<br>Mequon, WI 53097** | | | |
| **Albert Rogers<br>Box 357<br>West Blocton, AL 35184** | | | |
| **Aldine Sprague<br>35241 Riverside Dr. SW<br>Albany, OR 97321** | | | |
| **Allan Officer<br>1438 Fulton St.<br>#175<br>Brooklyn, NY 11216** | | | |
| **Andrew Boll<br>c/o Black Forest International<br>2038 Corte de Nogal, Suite 110<br>Carlsbad, CA 92008** | | | |
| **Ann C. Nelson<br>819 Palo Duro Ave. NW<br>Albuquerque, NM 87107** | | | |
| **Anne Maxfield<br>Box 423<br>Saluda, SC 29138** | | | |
| **Anthony Shumaker<br>10323 CO Hwy. 49<br>Upper Sandusky, OH 43351** | | | |
| **Antoinette Solomon<br>1304 Halifax Ave.<br>Richmond, VA 23224** | | | |
| **Arnold King<br>2905 Columbus St. "C"<br>Grove City, OH 43123** | | | |

_____

**16**   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __PNG Ventures, Inc., a Nevada Corporation_____, Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Arnon Taylor**<br>**2686 Brickyard Rd.**<br>**Warners, NY 13164** | | | |
| **Arthur Mangaroo**<br>**Box 1147**<br>**Waller, TX 77484** | | | |
| **Arthur Rowbotham**<br>**1317 N "V" St.**<br>**#202**<br>**Lompoc, CA 93436** | | | |
| **Arthur Tucker**<br>**261 Annapolis Ln.**<br>**Rotondo West, FL 33947** | | | |
| **Ava L. Wellman**<br>**514 Sun Valley Dr.**<br>**Duncanville, TX 75116** | | | |
| **Barbara Mikes**<br>**1403 Pearlman Ave.**<br>**Clarksburg, WV 26301** | | | |
| **BCGU LLC**<br>**2038 Corte Del Nogal**<br>**Ste. 110**<br>**Carlsbad, CA 92011** | | | |
| **Benjamin Scott**<br>**425 W Osceola St.**<br>**Tallahassee, FL 32301** | | | |
| **Bennett Willingham**<br>**268 S High Point Rd.**<br>**Spartunburg, SC 29301** | | | |
| **Benny Woyvodich**<br>**14005 129th Ave. S**<br>**Seattle, WA 98168** | | | |
| **Bettie J. Neubert**<br>**4100 McEwen Rd.**<br>**Ste. 240**<br>**Dallas, TX 75244-5184** | | | |
| **Bob Scherpf**<br>**2248 4th St.**<br>**#33**<br>**Bend, OR 97701** | | | |

Sheet __1__ of __16__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **PNG Ventures, Inc., a Nevada Corporation**       Case No. _____
                                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carl Ipsen**<br>**208 W Emerson St.**<br>**Bloomington, IL 61701** | | | |
| **Carl P. Siegman**<br>**P.O. Box 5521**<br>**Santa Monica, CA 90409** | | | |
| **Carl Peterson**<br>**144 W Clearfield Rd.**<br>**Haverton, PA 19088** | | | |
| **Carl Trimmell**<br>**RR 2 Box 316**<br>**Turpin, OK 73950** | | | |
| **Castlerigg PNG Investments LLC**<br>**c/o Sandell Asset Management**<br>**40 W 57th St.**<br>**26TH Fl.**<br>**New York, NY 10019** | | | |
| **Cede & Co. Fast Balance**<br>**P.O. Box 222**<br>**Bowling Green Station**<br>**New York, NY 10274** | | | |
| **Charles Mader**<br>**27522 Remington Cir.**<br>**West Lake, OH 44145** | | | |
| **Charles McCorkle**<br>**17016 Willage Dr. W**<br>**Upper Marlboro, MD 20772** | | | |
| **Charles Slade**<br>**2741 Springfield Dr.**<br>**Elon College, NC 27244** | | | |
| **Charles Sloan**<br>**Box 11414**<br>**Portland, OR 97211** | | | |
| **Chucn Ross**<br>**4614 Rimrock St.**<br>**San Antonio, TX 78228** | | | |
| **Connie Milstein**<br>**9060 Union Tpk.**<br>**Flushing, NY 11385** | | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re  **PNG Ventures, Inc., a Nevada Corporation**                              , Case No. _____

                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Cryogenic Research & Development, Inc.**<br>**8101 West 34th Ave.**<br>**Amarillo, TX 79121** | | | |
| **Curtis Pond, Sr.**<br>**Box 31252**<br>**Billings, MT 59107** | | | |
| **David C. Beebe**<br>**1038 Greenleaf Ave.**<br>**Wilmette, IL 60091** | | | |
| **Dawn Hazelwood**<br>**c/o Black Forest International, LLC**<br>**2038 Corte del Nogal**<br>**Suite 110**<br>**Carlsbad, CA 92008** | | | |
| **Del Weiler**<br>**11601 Stadt Rd.**<br>**Marshfield, WI 54449** | | | |
| **Delores Parish**<br>**1655 W Ajo Dr.**<br>**#563**<br>**Tucson, AZ 85713** | | | |
| **Diamond Creek Capital LLC**<br>**c/o BCGU**<br>**2038 Corte Del Nogal**<br>**Ste. 110**<br>**Carlsbad, CA 92011** | | | |
| **Diane Jewell**<br>**53 E 7th St.**<br>**Lovell, WY 82431** | | | |
| **Dolores M. Setla**<br>**8104 Helen #1**<br>**Centerline, MI 48015** | | | |
| **Donald Jackson**<br>**5905 Clay City Dr. SE**<br>**Uhrichsville, OH 44683** | | | |
| **Donald McDowell**<br>**1005 Wilburn St.**<br>**League City, TX 77578** | | | |
| **Donald Phillips**<br>**603 Puckett Lake Rd.**<br>**West Monroe, LA 71292** | | | |

Sheet __3__ of __16__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **PNG Ventures, Inc., a Nevada Corporation**          Case No. _____

                                      Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Doris Meadows**<br>**7500 August St.**<br>**Westland, MI 48185** | | | |
| **Doris Schaan**<br>**3522 Burgandy Way Estates Dr.**<br>**St. Louis, MO 63129** | | | |
| **Dorthea Schreiber**<br>**P.O. Box 263**<br>**Pierron, IL 62273-0268** | | | |
| **Douglas Ogburn**<br>**4925 Watkins Dr.**<br>**The Colony, TX 75056-1148** | | | |
| **Douglas Scott**<br>**24002 Ironhead Ln.**<br>**Laguna Niguel, CA 92677** | | | |
| **Earcel Palmer**<br>**580 Greenfield Dr.**<br>**#1178**<br>**Lexington, KY 40517** | | | |
| **Earl Waters**<br>**4015 Ely Ave.**<br>**Bronx, NY 10466** | | | |
| **Earle F. Tighe**<br>**Box 336**<br>**Franklin, MN 55333** | | | |
| **Earth Biofuels, Inc.**<br>**ATTN: Dennis G. McLaughlin, III**<br>**3001 Knox St., Suite 403**<br>**Dallas, TX 75205** | | | |
| **Eddie Shell**<br>**1200 Starboard Dr.**<br>**#3D**<br>**Okemos, MI 48864** | | | |
| **Edmund Zoeller**<br>**8059 Lamon Ave.**<br>**Burbank, IL 60459** | | | |
| **Edward Pageman**<br>**10578 Shasta Dr.**<br>**Chardon, OH 44024** | | | |

Sheet   **4**   of   **16**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re __PNG Ventures, Inc., a Nevada Corporation_____,   Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Edward Skirtun**<br>**RR 6 Box 178**<br>**Blairstown, NJ 07825** | | | |
| **Edward Slouka**<br>**5306 N McDonald Rd.**<br>**Spokane, WA 99216** | | | |
| **EH&P Investments AG**<br>**Albisriederstrasses 164**<br>**P.O. Box CH-8040**<br>**Zurich, Switzerland** | | | |
| **Elaine Ward**<br>**6667 Funston Rd. SE**<br>**Winnabow, NC 28479** | | | |
| **Eleanor Wilson**<br>**1907 Park Lake St.**<br>**Orlando, FL 32803** | | | |
| **Ellice Rice**<br>**10350 Hwy. 00 RR 1**<br>**Hallsville, MO 65255** | | | |
| **Ellis Welker**<br>**Box 996**<br>**Mattawa, WA 99349** | | | |
| **Elmer Luschen**<br>**Box 638**<br>**Medford, MD 97501** | | | |
| **Emmet Jones, Jr.**<br>**612 Hagood St.**<br>**Birmingham, AL 35213** | | | |
| **Floyd Quattlebaum**<br>**9346 Hollis Court Blvd.**<br>**Jamaica, NY 11428** | | | |
| **Floyd Quattlebaum**<br>**9346 Hollis Court Blvd.**<br>**Jamaica, NY 11428** | | | |
| **Fourth Third LLC**<br>**One Front Street, Suite 1100**<br>**San Francisco, CA 94111** | | | |

Sheet __5__ of __16__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **PNG Ventures, Inc., a Nevada Corporation**                                    , Case No. _____

                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Frank Norimoto**<br>**559 NE 64th St.**<br>**Miami, FL 33183** | | | |
| **Fransisco M. Pineda**<br>**11737 Via Chona**<br>**San Diego, CA 92128** | | | |
| **Gary Martindale**<br>**1181 S Nile Ave.**<br>**East Wenatchee, WA 98802** | | | |
| **Gene Leonard**<br>**RR 3 Box 216**<br>**Columbia Cross Roads, PA 16914** | | | |
| **George T. Sazon**<br>**3500 Raymond Dr.**<br>**Atlanta, GA 30340** | | | |
| **George Ward**<br>**Box 247153**<br>**Columbus, OH 43224** | | | |
| **Georgia Piedro**<br>**1020 E 21st Ave.**<br>**Tampa, FL 32605** | | | |
| **Gilbert Salas**<br>**530 S Alma School Rd.**<br>**#45**<br>**Mesa, AZ 85210** | | | |
| **Gordon Mead**<br>**6228 79th St.**<br>**Flushing, NY 11379** | | | |
| **Gracie Whealton**<br>**Box 1078**<br>**Port Salerno, FL 34992** | | | |
| **Greenwich Power II LLC**<br>**537 Streamboat Rd.**<br>**Greenwich, CT 06830** | | | |
| **Greenwich Power LLC**<br>**537 Steamboat Rd.**<br>**Greenwich, CT 06830** | | | |

Sheet  **6**  of  **16**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **PNG Ventures, Inc., a Nevada Corporation**                    , Case No. _____

                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Greg Nelson**<br>**4600 Bluff Creek Dr.**<br>**Modesto, CA 95335** | | | |
| **Greg Stevens**<br>**4672 E Sheilds Ave.**<br>**#3**<br>**Fresno, CA 93726** | | | |
| **H William Richards**<br>**2216 Earl of Essex Dr.**<br>**Virginia Beach, VA 23454** | | | |
| **Harry Lott**<br>**Box 1464**<br>**Glatewater, TX 75647** | | | |
| **Henry Staszak**<br>**Box 143**<br>**Krakow, WI 54137** | | | |
| **Hilda Rolle**<br>**4634 Lanier Dr.**<br>**Savannah, GA 31405** | | | |
| **Hilma Shavings**<br>**3950 Reflections Dr.**<br>**Anchorage, AK 99504** | | | |
| **HJS Financial Services, Inc.**<br>**24843 Del Prado**<br>**Ste. 318**<br>**Dana Point, CA 92629** | | | |
| **Howard Rush**<br>**145 Brookdale Cir.**<br>**Canonsburg, PA 15317** | | | |
| **Intrepid International LTD.**<br>**c/o William Stocker**<br>**221 South Ola Vista**<br>**Unit #1**<br>**San Clemente, CA 92672** | | | |
| **Irma Orr**<br>**1511 Faram St.**<br>**#105**<br>**Omaha, NE 68102** | | | |

Sheet __7__ of __16__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __**PNG Ventures, Inc., a Nevada Corporation**_____, Case No. _____

                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James B. Panther II**<br>**c/o The Baum Law Firm**<br>**2038 Corte Del Nogal**<br>**Ste. 110**<br>**Carlsbad, CA 92011** | | | |
| **James Little**<br>**1031 Kennedy Dr.**<br>**St. Augustine, FL 32095** | | | |
| **Jan Motsinger**<br>**446 N Avenue A**<br>**Canton, IL 61520** | | | |
| **Jimmy Shewbart**<br>**3357 Petty Ln.**<br>**Colombia, TN 38401** | | | |
| **Joe Wells**<br>**3623 Kings Springs Rd.**<br>**Smrna, GA 30080** | | | |
| **John Devenny II**<br>**C/O BCGU**<br>**2038 Corte Del Nogal**<br>**Ste. 110**<br>**Carlsbad, CA 92011** | | | |
| **John Holley**<br>**9300 Research Blvd. 300**<br>**Austin, TX 78759-6510** | | | |
| **John I. Ivory, Sr.**<br>**15304 Rutherford**<br>**Detroit, MI 48227** | | | |
| **John Lawrence**<br>**28172 Windy Pass**<br>**Barstow, CA 92311** | | | |
| **John Licko & Pauline Licko JT TEN**<br>**2809 7 1/2 St.**<br>**East Moline, IL 61244** | | | |
| **John M. Fife**<br>**360 East Randolf St.**<br>**#2401**<br>**Chicago, IL 60601** | | | |
| **John Markovsky**<br>**Box 88**<br>**Crestco, PA 18326** | | | |

Sheet __**8**__ of __**16**__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **PNG Ventures, Inc., a Nevada Corporation**                    , Case No. _____
                                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **John McKenna**<br>235 E Beech St.<br>Gladwin, MI 48624 | | | |
| **John Podhorn**<br>1800 Cottleville Rd.<br>St. Peters, MO 63376 | | | |
| **Joseph Lukaszka**<br>32802 Valle Rd.<br>#90<br>San Juan Capistrano, CA 92675 | | | |
| **Joseph Taylor**<br>1400 Springdale Ave.<br>#4<br>Youngstown, OH 44505 | | | |
| **Kambiz Valafar**<br>Box 148<br>Tujunga, CA 91043 | | | |
| **Kay Peery**<br>108 Elmhurst Ct.<br>Portsmouth, VA 23701 | | | |
| **Keith Stoll**<br>212 Claredon Ave. NW<br>Canton, OH 44708 | | | |
| **Ken Mitchell**<br>2722 Union Chapel Rd.<br>Fort Wayne, IN 46845 | | | |
| **Kenneth Noles**<br>HC 64 Box 97<br>Flippin, PA 72634 | | | |
| **Kenneth Payne, Sr.**<br>4922 Gren St.<br>Houston, TX 77021 | | | |
| **Kenneth Wibel**<br>610 Riverside Ave.<br>Fort Wayne, IN 46805 | | | |
| **Larry Mathers**<br>18239 Justice Ln.<br>Dallas, TX 75287 | | | |

Sheet __9__ of __16__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re     **PNG Ventures, Inc., a Nevada Corporation**            ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Larry McNabb**<br>**2555 Stobart Rd.**<br>**Nanaimd, BC CANADA**<br>**V9R 6W5** | | | |
| **Lawrence Shoda**<br>**2238 Komo Mai Dr.**<br>**Pear City, HI 96782** | | | |
| **Lonnie Miller**<br>**2654 Snow Rogers Rd.**<br>**Gardendale, AL 35071** | | | |
| **Lorraine Meyer**<br>**425 23 St.**<br>**Sacramento, CA 95816** | | | |
| **Louie Pavlick**<br>**RR 1 Box 109**<br>**Dickinson, ND 58601** | | | |
| **Luis J. Leung**<br>**2038 Corte Del Nogal**<br>**Ste. 110**<br>**Carlsbad, CA 92011** | | | |
| **MAC Partners LP**<br>**3001 Knox St.**<br>**Ste. 403**<br>**Dallas, TX 75205** | | | |
| **Margaret Stewart**<br>**1124 Avocado Summit "D"**<br>**El Cajon, CA 92019** | | | |
| **Margie Stout**<br>**118 Wispering Oak Trail**<br>**Mabank, TX 75147** | | | |
| **Marie Mancini**<br>**7532 Wilsford CV**<br>**Memphis, TN 38125** | | | |
| **Mark Phillips**<br>**832 Buckingham St. SW**<br>**Grand Rapids, MI 49509** | | | |
| **Marvin Totten**<br>**14103 Apple Ln.**<br>**Clearlake Oaks, CA** | | | |

Sheet __10__ of __16__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re __PNG Ventures, Inc., a Nevada Corporation__ ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mary Ann Rees**<br>**564 Payne Ave.**<br>**N Totawanoa, NY 14120** | | | |
| **Mary Ledford**<br>**3800 14th Ave. SE**<br>**#8-58**<br>**Olympia, WA 98503** | | | |
| **Mary Looney**<br>**3874 Maryland Manor Dr.**<br>**Monrovia, MD 21770** | | | |
| **Matthew Roberson**<br>**153 Oakdale Cir.**<br>**Henderson, NC 27536** | | | |
| **Maurice I. Quintal**<br>**3006 Olive St.**<br>**Walnut Park, CA 90255** | | | |
| **Max Shields**<br>**1806 S 11th St.**<br>**Oskaloosa, IA 52577** | | | |
| **Mel Karp**<br>**209 Ceder Dr.**<br>**Quakertown, PA 18951** | | | |
| **Michael Kilbane**<br>**1155 SW 7th St.**<br>**Boca Raton, FL 33436** | | | |
| **Michael Kudron**<br>**Rays Mobile HM PK #17**<br>**Monson, MA 01057-9529** | | | |
| **Miles Stephens**<br>**565 N Washington Blvd.**<br>**Ogden, UT 84404** | | | |
| **Neel Shabazz**<br>**8958 AS Phillips Ave.**<br>**Chicago, IL 60617** | | | |
| **Noctua Fund LP**<br>**c/o Black Forest International**<br>**2038 Corte de Nogal, Suite 110**<br>**Carlsbad, CA 92008** | | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  **PNG Ventures, Inc., a Nevada Corporation**                    , Case No. _____

_____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Oliver Kendall Kelley**<br>**8101 West 34th Ave.**<br>**Amarillo, TX 79121** | | | |
| **Patricia Tucker**<br>**174 Washington St.**<br>**Whitman, MA 02382** | | | |
| **Patrick R. Paes**<br>**910 Wvaughn St.**<br>**Tempe, AZ 85283** | | | |
| **Patrick Sakurai**<br>**310 Fransisco St.**<br>**Henderson, NV 89014** | | | |
| **Paul Mershon**<br>**20 Hallo St.**<br>**Edison, NJ 03837** | | | |
| **Pershing Wall**<br>**711 E Florida St.**<br>**Greensboro, NC 27406** | | | |
| **Philip J. Wencek**<br>**3451 Seabreeze Walk**<br>**Oceanside, CA 92056** | | | |
| **PNG Ventures Inc FBO Earth Biofuels Inc.**<br>**5310 Harvest Hill Rd.**<br>**Suite 229**<br>**Dallas, TX 75230** | | | |
| **PNG Ventures Inc. FBO Black Forest Intl.**<br>**5310 Harvest Hill Rd.**<br>**Suite 229**<br>**Dallas, TX 75230** | | | |
| **Ralph Meltz**<br>**5889 CO Rd. T**<br>**Oshkosh, WI 54904** | | | |
| **Raymond Swartz**<br>**1501 E Grand Ave.**<br>**Apt. 2221**<br>**Escondido, CA 92027** | | | |
| **Robert Jansen**<br>**2115 28th Pl.**<br>**Ocean Park, WA 98610** | | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **PNG Ventures, Inc., a Nevada Corporation**                              ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Robert Jones**<br>**3137 Arthington Blvd.**<br>**Indianapolis, IN 46218** | | | |
| **Robert Kirkwood**<br>**752 E Huron St.**<br>**Milford, MI 48381** | | | |
| **Robert Lewis IV**<br>**17412 Caminto Baya**<br>**San Diego, CA 92127** | | | |
| **Robert Mathison**<br>**1409 Springfield Dr.**<br>**Roseville, CA 95678** | | | |
| **Robert McBride**<br>**980 High St.**<br>**Alameda, CA 94501** | | | |
| **Robert Schuld**<br>**25418 Eton Ave.**<br>**Dearborn Heights, MI 48125-1510** | | | |
| **Robert Simpson Sr.**<br>**3390 Dulany St.**<br>**Baltimore, MD 21229** | | | |
| **Robert Walther**<br>**1249 W Lily Ave. #A**<br>**Tucson, AZ 85705** | | | |
| **Robert Wiscovich**<br>**3357 Robert E. Lee Dr.**<br>**Erlanger, KY 41018** | | | |
| **Rodney Tabler**<br>**3137 Valley View Dr.**<br>**Colombus, OH 43204** | | | |
| **Rodney Zacharias**<br>**14736 Shark St.**<br>**Port Richey, FL 34667** | | | |
| **Roger Willits**<br>**2260 N 700 E**<br>**Kokomo, IN 76901** | | | |
| **ROSA WHITLEY**<br>**710 E 5TH STREET**<br>**BOONEVILLE, AR 72927** | | | |

Sheet  **13**  of  **16**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re __**PNG Ventures, Inc., a Nevada Corporation**_____ ,   Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Roselyn Furden**<br>**116 N Portland Ave.**<br>**Youngstown, OH 44509** | | | |
| **Royal O. Wilson**<br>**Box 535**<br>**Jay, FL 32565** | | | |
| **Rudolph Streeter**<br>**3018 W 24th St.**<br>**#8E**<br>**Brooklyn, NY 11224** | | | |
| **Russ Skiff**<br>**1465 165th Ave.**<br>**#115**<br>**San Leandro, CA 94578** | | | |
| **Samuel Schwartz**<br>**2500 W Belvedere Ave.**<br>**#100**<br>**Baltimore, MD 21215** | | | |
| **Sanuel Weill Jr.**<br>**305 Palomar Rd.**<br>**Ojai, CA 93023** | | | |
| **Sharron A. Mackowiak**<br>**1480 E Mc Coy Rd.**<br>**Gaylord, MI 49735** | | | |
| **Shibewalt Management, Inc.**<br>**24843 Del Prado**<br>**#318**<br>**Dana Point, CA 92629** | | | |
| **Shih-Hung Chuang**<br>**11 Chung-Hsing Rd.**<br>**NEI-PU Village CHU-CHI**<br>**Shiang**<br>**Chai-Yi County, CHINA** | | | |
| **Stanley A. Sells**<br>**14000 Shire Oak**<br>**San Antonio, TX 78247** | | | |
| **Stella Lupa**<br>**4745 Springwells St.**<br>**Detriot, MI 48210** | | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **PNG Ventures, Inc., a Nevada Corporation**            ,    Case No. _____

                                               Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen Tarapchak**<br>**RR 1 Box 7550**<br>**Grantville, PA 17028** | | | |
| **Steve Washington**<br>**Box 2212**<br>**Middletown, CT 06457** | | | |
| **Tellride Investments, Inc.**<br>**8101 West 34th Ave.**<br>**Amarillo, TX 79121** | | | |
| **Thelma Pratt**<br>**4404 Idaho Ave.**<br>**Nashville, TN 37209** | | | |
| **Thomas F. Robertson**<br>**2 Circulo Lujo**<br>**Rohnert Park, CA 94928** | | | |
| **Thomas McLain**<br>**512 27th Ave. NW**<br>**Birmingham, AL 35215** | | | |
| **Thomas Milligan**<br>**405 E 7th St.**<br>**Cushing, OK 74023** | | | |
| **Tom Mikolic**<br>**1903 N 143rd St.**<br>**Seattle, WA 98133** | | | |
| **Tony Cox**<br>**c/o Ambra Investment**<br>**561 East 5640 South**<br>**Salt Lake City, UT 84111** | | | |
| **Vera Murley**<br>**RR 1 Box 266**<br>**Alfred, ME 04002** | | | |
| **Vernal Tunis**<br>**12242 48th Ave. S**<br>**Seattle, WA 98178** | | | |
| **Walter Kuhn**<br>**6609 E 11th St.**<br>**Indianapolis, ID 46219** | | | |

Sheet  **15**  of  **16**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **PNG Ventures, Inc., a Nevada Corporation**              ,   Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Wayne Wright**<br>**Box 54**<br>**Lostant, IL 61334** | | | |
| **Wendell Johnston**<br>**1724 W Elm St.**<br>**El Reno, OK 73036** | | | |
| **William Maslin**<br>**815 Winters Ln.**<br>**#135**<br>**Baltimore, MD 21228** | | | |
| **William Pitts**<br>**Box 1156**<br>**Sioux Falls, SD 57101** | | | |
| **William Stewart**<br>**109 Boyd Ave.**<br>**Jersey City, NJ 07304** | | | |
| **William Streat**<br>**235 S Burnett St.**<br>**East Orange, NJ 07018** | | | |
| **Willie James Jackson**<br>**P.O. Box 605**<br>**Luthersville, GA 30251** | | | |
| **Willie Martin**<br>**151 North Oxford Walk**<br>**#2F**<br>**Brooklyn, NY 11205** | | | |
| **Zoanne Potopowicz**<br>**46 Sadowski Dr.**<br>**Old Bridge, NJ 08857** | | | |
| **Zoanne Potopowicz**<br>**46 Sadowski Dr.**<br>**Old Bridge, NJ 08857** | | | |

Sheet __16__ of __16__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **PNG Ventures, Inc., a Nevada Corporation**             ,      Case No. _____

                                      Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the CEO/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 3, 2009**                Signature  **/s/ Cem Hacioglu**

                                                                **Cem Hacioglu**

                                                                 **CEO/President**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## District of Delaware

In re    **PNG Ventures, Inc., a Nevada Corporation**

                                              Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Shell Energy North America<br>909 Fannin<br>Plaza One Level<br>Attn: Jim McPherson<br>Houston, TX 77002 | Shell Energy North America<br>909 Fannin<br>Plaza One Level<br>Houston, TX 77002 | Fax: 713-265-2751<br>Attn: Jim McPherson | | 1,696,000.00 |
| El Paso Natural Gas<br>P.O. Box 1087<br>Colorado Springs, CO 80944 | El Paso Natural Gas<br>P.O. Box 1087<br>Colorado Springs, CO 80944 | Fax: 719-520-4656<br>Attn: Nina Knapp | | 1,023,445.66 |
| Kelly Group, et al.<br>8101 West 34th Avenue<br>Amarillo, TX 79121 | Kelly Group, et al.<br>8101 West 34th Avenue<br>Amarillo, TX 79121 | Fax: 806-355-5679 | Disputed | 950,000.00 |
| Blecher & Collins PC<br>515 South Figueroa St.<br>Ste. 1750<br>Los Angeles, CA 90071 | Blecher & Collins PC<br>515 South Figueroa St.<br>Ste. 1750<br>Los Angeles, CA 90071 | Fax: 213-622-4222<br>Attn: Maryann Marzano | Disputed | 377,109.04 |
| Hodgson Russ, LLP<br>1540 Broadway, 24th Fl.<br>New York, NY 10036 | Hodgson Russ, LLP<br>1540 Broadway, 24th Fl.<br>New York, NY 10036 | Fax: 212-751-4300<br>Attn: Ron Levy | Disputed | 290,084.99 |
| Chattanooga (AGL Resources)<br>P.O. Box 4569<br>Atlanta, GA 30302 | Chattanooga (AGL Resources)<br>P.O. Box 4569<br>Atlanta, GA 30302 | Fax: 404-584-4000 | Disputed | 188,000.00 |
| Specialty Trailer Leasing<br>P.O. Box 51166<br>Amarillo, TX 79159 | Specialty Trailer Leasing<br>P.O. Box 51166<br>Amarillo, TX 79159 | Fax: 806-355-5679 | Disputed | 49,528.50 |
| Discovery Economics<br>350 S. Grand Ave.<br>Ste. 2200<br>Los Angeles, CA 90071 | Discovery Economics<br>350 S. Grand Ave.<br>Ste. 2200<br>Los Angeles, CA 90071 | Fax: 213-621-7780<br>Attn: George Miller | Disputed | 25,200.00 |
| NGV America<br>400 N. Capitol St. NW<br>Washington, DC 20001 | NGV America<br>400 N. Capitol St. NW<br>Washington, DC 20001 | Fax: 202-824-7366 | | 17,500.00 |
| Veritext Los Angeles Reporting Co.<br>3090 Bristol St.<br>Costa Mesa, CA 92626 | Veritext Los Angeles Reporting Co.<br>3090 Bristol St.<br>Costa Mesa, CA 92626 | Fax: 800-801-9148 | | 11,558.25 |

In re   **PNG Ventures, Inc., a Nevada Corporation**          Case No. _____

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ruden McClosky**<br>**401 East Jackson Street**<br>**27th Floor**<br>**Tampa, FL 33602** | **Ruden McClosky**<br>**401 East Jackson Street**<br>**27th Floor**<br>**Tampa, FL 33602** | **Fax:  813-314-6973** | | **6,561.00** |
| **Arizona Department of Revenue**<br>**P.O. Box 29009**<br>**Phoenix, AZ 85038** | **Arizona Department of Revenue**<br>**P.O. Box 29009**<br>**Phoenix, AZ 85038** | **Fax - 602-255-2060** | | **5,357.02** |
| **San Bernadino County Fire Protection Dt.**<br>**157 W. Fifth Street, 2nd Floor**<br>**San Bernadino, CA 92415** | **San Bernadino County Fire Protection Dt.**<br>**157 W. Fifth Street, 2nd Floor**<br>**San Bernadino, CA 92415** | **Fax - 909-387-5542** | | **432.00** |
| **Anhhydride Petroleum (Canada) Inc.**<br>**800, 326-11th Ave. SW**<br>**CALGARY ALBERTA CANADA T2R 0C5** | **Anhhydride Petroleum (Canada) Inc.**<br>**800, 326-11th Ave. SW**<br>**CALGARY ALBERTA CANADA T2R 0C5** | **Fax - 403-263-9812** | **Contingent**<br>**Unliquidated** | **Unknown** |
| **California Board of Equalization**<br>**450 N. Street**<br>**Sacramento, CA 94279** | **California Board of Equalization**<br>**450 N. Street**<br>**Sacramento, CA 94279** | **Fax - 916-227-6641** | | **Unknown** |
| **Golden Spread Energy, Inc.**<br>**P.O. Box 51166**<br>**Amarillo, TX 79159** | **Golden Spread Energy, Inc.**<br>**P.O. Box 51166**<br>**Amarillo, TX 79159** | **Fax: 806-355-5679** | **Disputed** | **Unknown** |
| **Jack B. Kelly, Inc.**<br>**P.O. Box 50539**<br>**Amarillo, TX 79159** | **Jack B. Kelly, Inc.**<br>**P.O. Box 50539**<br>**Amarillo, TX 79159** | **Fax: 806-355-5679**<br>**Attn: Mark Davis** | **Disputed** | **Unknown** |
| **JBK Trucking**<br>**P.O. Box 50539**<br>**Amarillo, TX 79159** | **JBK Trucking**<br>**P.O. Box 50539**<br>**Amarillo, TX 79159** | **Fax - 806-355-5679** | **Disputed** | **Unknown** |
| **Ken Kelley**<br>**PO Box 50539**<br>**Amarillo, TX 79159** | **Ken Kelley**<br>**PO Box 50539**<br>**Amarillo, TX 79159** | **Fax - 806-355-5679** | | **Unknown** |
| **Oilsands Quest, Inc. f/k/a CanWest Petroleum f/k/a Uranium Power Co**<br>**800, 326 - 11th Ave. SW**<br>**CALGARY ALBERTA CANADA T2R 0C5** | **Oilsands Quest, Inc. f/k/a CanWest Petroleum f/k/a Uranium Power Co**<br>**800, 326 - 11th Ave. SW** | | **Contingent**<br>**Unliquidated** | **Unknown** |

In re   **PNG Ventures, Inc., a Nevada Corporation**                                     Case No.   _____
                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the CEO/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 3, 2009**                 Signature   **/s/ Cem Hacioglu** _____

                                                          **Cem Hacioglu**
                                                          **CEO/President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re    **PNG Ventures, Inc., a Nevada Corporation**            Case No.                 

                                       Debtor(s)       Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **September  3, 2009**            **/s/ Cem Hacioglu**

                                               **Cem Hacioglu**/CEO/President
                                               Signer/Title

PNG Ventures, Inc., a Nevada Corporation
5310 Harvest Hill Road
Suite 229
Dallas, TX 75230

L. Jason Cornell (I.D. No.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801

ACCO
949 W. Bell Road
Nogales, AZ 85628

Action Stock Transfer Corp.
7069 S. Highland Dr.
Ste. 300
Salt Lake City, UT 84121

Acxential Business Solutions, Inc.
4339 Lindbergh Drive
Addison, TX 75001

AICCO, Inc.
45 East River Park Dr., W
Ste. 308
Fresno, CA 93720

Alan Nielson
1502 West Pinyon Pines Way
South Jordan, UT 84095

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062

Anhhydride Petroleum (Canada) Inc.
800, 326-11th Ave. SW
CALGARY ALBERTA CANADA T2R 0C5

Arizona Corporate Commission
1300 W. Washington Street, 1st Fl.
Phoenix, AZ 85007

Arizona Department of Environmental Qual
PO Box 18228
Phoenix, AZ 85005

Arizona Department of Revenue
P.O. Box 29009
Phoenix, AZ 85038

Arthur Steinberg, Esquire
King & Spalding
1185 Avenue of the Americas
New York, NY 10036-4003

AT&T Mobility
P.O. Box 930170
Dallas, TX 75393

BFI Waste
9200 Glenoaks Blvd.
Sun Valley, CA 91352

Black Forest International, LLC
c/o Mark Baum, Esquire
2038 Corte del Nogal, Suite 110
Carlsbad, CA 92008

Blecher & Collins PC
515 South Figueroa Street
Ste. 1750
Los Angeles, CA 90071

BNSF
P.O. Box 961284
Forth Worth, TX 76161

Border Valley Trading
604 E. Mead
Brawley, CA 92243

Brad Gabbard
c/o MG Advisors, LLC
303 E. 17th Ave.
Suite 660
Denver, CO 80203

Burrtec Waste - Palm Desert
41575 Eclectic Street
Palm Desert, CA 92260

Burrtec Waste Industries
9820 Cherry Avenue
Fontana, CA 92335

Cal Cartage
3545 Long Beach Blvd.
Suite 500
Long Beach, CA 90807

California Board of Equalization
450 N. Street
Sacramento, CA 94279

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

California Secretary of State
PO Box 944230
Sacramento, CA 94244

California State Compensation
Insurance Fund
P.O. Box 9102
Pleasanton, CA 94566

CaliforniaFranchise Tax Board
PO Box 942857
Sacramento, CA 94257

Capacity of Texas, ITS/UPRR
401 Capacity Drive
Longview, TX 75604

Castlerigg PNG Investements, LLC
40 West 57th Street, 26th Floor
New York, NY 10019

Chattanooga (AGL Resources)
P.O. Box 4569
Atlanta, GA 30302

Chem Treat, Inc.
4461 Cox Rd.
Glen Allen, VA 23060

City of Bakersfield
1501 Truxtun Avenue
Bakersfield, CA 93301

City of Long Beach
2600 Temple Avenue
Long Beach, CA 90806

City of Los Angeles
Office of Finance
3700 Wilshire Blvd., Suite 31
Los Angeles, CA 90010

City of Los Angeles
111 E. 1st Street
Room 110
Los Angeles, CA 90012

City of Redlands
35 Cajon Street
Suite 200
Redlands, CA 92373

City of San Bernardino
300 North "D" Street
San Bernardino, CA 92418

City of San Diego
2740 Caminito Chollas
San Diego, CA 92105

Colwick Travel
5550 LBJ Fwy Ste 110
Dallas, TX 75240

Commercial Fueling Network
2000 Alameda De Las Pulgas
Ste. 242
San Mateo, CA 94403

Conoco Phillips
PO Box 2197
Houston, TX 77252

Coquest, Inc.
4140 Lemmon Avenue
Suite 260
Dallas, TX 75219

CoreXchange, Inc.
1950 Stemmons Freeway
Ste. 4006
Dallas, TX 75207

Crisp
2811 N Palenque Avenue
Nogales, AZ 85621

Cryogenic Transportation, Inc.
1900 AM Drive
Ste. 103
Quakertown, PA 18951

Data Online
PO Box 95000
Philadelphia, PA 19195

Delaware Dept. of Finance
Division of Revenue
820 N. French Street
Wilmington, DE 19801

Delaware Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901

Discovery Economics
350 S. Grand Ave.
Ste. 2200
Los Angeles, CA 90071

El Paso Natural Gas
P.O. Box 1087
Colorado Springs, CO 80944

Emerson/Daniel Measurement
P.O. Box 730156
Dallas, TX 75373

Environmental Safety & Management Assoc.
115 W. California Blvd.
#207
Pasadena, CA 91105

Ergos Technology Partners, Inc.
1717 St. James Place
Ste. 320
Houston, TX 77056

Evolution Fuels, Inc.
f/k/a Earth Biofuels, Inc.
3001 Knox Street, Suite 403
Attn: Randy Hepler
Dallas, TX 75205

Extra Space
4114 N Central Expressway
Dallas, TX 75204

Exxon Mobil
800 Bell Street
CORP EMB
Houston, TX 77002-7497

FC Stone, LLC
141 West Jackson
Ste. 2730
Chicago, IL 60604

Fleet Card Fuels
P.O. Box 81865
Bakersfield, CA 93380

Fleetstar
5310 Harvest Hill Road
Suite 229
Dallas, TX 75230

Fontana Water Co.
P.O. Box 5970
El Monte, CA 91734

Fourth Third, LLC (Medley)
One Front Street
Suite 1100
San Francisco, CA 94111

Frontier Communications
P.O. Box 23008
Rochester, NY 14692

GI Rubbish
7075 N. Scottsdale Road
Suite 300
Scottsdale, AZ 85252

Gladden Water
PO Box 455
Excelsior, NM 55331

Gladstein, Neanross & Assoc.
3015 Main St.
Ste. 300
Santa Monica, CA 90405

Golden Spread Energy, Inc.
P.O. Box 51166
Amarillo, TX 79159

Grand Canyon National Park
1824 S. Thompson Street
Flagstaff, AZ 86001

Great Western Leasing
14212 Valley Blvd.
Fontana, CA 92335

Greenfield Commercial Credit, L.L.C.
300 East Long Lake Road
Suite 180
Bloomfield Hills, MI 48304

Hay Day Farms
1550 South Commercial
Blythe, CA 92225

Hinshaw & Culbertson, LLP
11601 Wilshire Blvd.
8th Floor
Los Angeles, CA 90025

Hodgson Russ, LLP
1540 Broadway, 24th Floor
New York, NY 10036

Hurd
830 E. Camino Corrida
TUCSON, AZ 85704

IMA of Colorado, Inc.
1550 17th Street
Ste. 600
Denver, CO 80202

Inland Kenworth
9730 Cherry Avenue
Fontana, CA 92335

Intercontinental Exchange Data, etc.
P.O. Box 933265
Atlanta, GA 31193

Intercontinental Exchange, Inc. a/k/a
ICE Data
PO Box 933625
Atlanta, GA 31193

Intermountain Gas Co.
555 S. Cole Road
Boise, ID 83709

Internal Revenue Service
District Director
1352 Marrows Road
Newark, DE 19711-5475

Internal Revenue Service
200 S. Virginia Street
Reno, NV 89501

Internal Revenue Service
1100 Commerce
Dallas, TX 75242

Jack B. Kelly, Inc.
P.O. Box 50539
Amarillo, TX 79159

Jack Pots Portables, Inc.
P.O. Box 1444
Lake Havasu, AZ 86405

Jan-Pro Commercial Cleaning
8130 Baymeadows Circle West
Suite 306
Jacksonville, FL 32256

JBK Trucking
P.O. Box 50539
Amarillo, TX 79159

K&L Gates
Attn: Paul Genender
1717 Main Street, Suite 2800
Dallas, TX 75201

Kelly Group, et al.
8101 West 34th Avenue
Amarillo, TX 79121

Ken Kelley
PO Box 50539
Amarillo, TX 79159

Kristin Herring d/b/a KH Marketing Srv.
4223 Concho St.
Dallas, TX 75206

LEV Corporation
1916 Bagley Way
Tucson, AZ 85746

Macquarie-Cooke
10100 Santa Monica Blvd.
18th Floor
Los Angeles, CA 90067

MG Advisors
303 E. 17th Avenue
Ste. 660
Denver, CO 80203

Mitel Netsolutions
PO Box 53230
Phoenix 85072

Mohave County Sheriff's Office
PO Box 1191
Kingman, AZ 86402

NABI
106 National Drive
Anninston, AL 36207

Nevada Department of Taxation
1550 College Parkway
Carson City, NV 89706

Nevada Secretary of State
101 North Carson Street, Suite 3
Carson City, NV 89701

New Mexico Taxation & Revenue Dept.
5310 Central NE
PO Box 8485
Albuquerque, NM 87198

NGV America
400 N. Capitol St. NW
Washington, DC 20001

Nikkiso Cryo
4661 Eaker Street
Las Vegas, NV 89081

Nixon Peabody, LLP
100 Summer Street
Attn: Victor G. Milione, Esquire
Boston, MA 02110

OCTA
550 South Main Street
Orange, CA 92863

Office of the Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801

Oilsands Quest, Inc. f/k/a
CanWest Petroleum f/k/a Uranium Power Co
800, 326 - 11th Ave. SW
CALGARY ALBERTA CANADA T2R 0C5

Omnitrans
1700 West Fifth Street
San Bernardino, CA 92411

One Source Payroll
5005 N. Royal Lane
Suite 132
Irving, TX 75063

Peninsula Lights Metals
4880 WEst Rosecrans Avenue
Hawthorne, CA 90250

Pennsylvania Department of State
PO Box 8721
Harrisburg, PA 17105

Personal Safety Enterprises
3716 N. Eagle Mtn. Dr.
Flagstaff, AZ 86004

Pioneer Natural Resources USA, Inc.
5205 N. O'Connor Blvd
Suite 200
Irving, TX 75039

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Platts
P.O. Box 848093
Dallas, TX 75284

Portside Growth
c/o Shulte Roth Zabel, LLP
919 Third Ave.
New York, NY 10022

Praxair-Dallas
2525 Northern Avenue
Kingman, AZ 86409

Prometheus Energy
9675 S.E. 36th Street
Mercer Island, WA 98040

Prometheus/Bowerman
9675 S.E. 36th Street
Mercer Island, WA 98040

Qqest Asset Management Svcs.
9350 S. 150 E.
Suite 300
Sandy, UT 84070

Questar
Attn: Allan Bradley
PO Box 45360
Salt Lake City, UT 84145

Radcliffe SPC
c/o Wilmer Cutler Pickering Hale Dorr
1875 Pennsylvania Avenue NW
Washington, DC 20006

ROI Telephony, LLC
4951 Airport Parkway
#640
Addison, TX 75001

Ruden McClosky
401 East Jackson Street
27th Floor
Tampa, FL 33602

San Bernadino County Fire Protection Dt.
157 W. Fifth Street, 2nd Floor
San Bernadino, CA 92415

San Diego Gas & Electric
8306 Century Park Court 41D
San Diego, CA 92123

Sandell Asset Management Corp.
Castlerigg Master Investments
Attn: Lee Iannarone, Esqire
40 W. 57th Street, 26th Floor
New York, NY, NY 10019

Sequent Energy Management, LP
1200 Smith
Suite 900
Houston, TX 77002

SES/Yusen Terminal
301 E Ocean Blvd.
Suite 1501
Long Beach, CA 90802

Shell Energy North America
909 Fannin
Plaza One Level
Attn:  Jim McPherson
Houston, TX 77002

Sichenzia Ross Friedman Ference LLP
61 Broadway
32nd Fl.
New York, NY 10006

Sichenzia Ross Friedman Ference LLP
1065 Avenue of the Americas
New York, NY 10018

South Bay Trucking Center
21107 S. Chico Street
Carson, CA 90745

Southern California Edison
P.O. Box 300
Rosemead, CA 91771

Southwest Caruthers/Prometheus
9675 S E 36th Street
Mercer Island, WA 98040

Specialty Trailer Leasing
P.O. Box 51166
Amarillo, TX 79159

Sprint
P.O. Box 8077
London, KY 40742

Standard Automation & Control LP
Wonderware West
3550 N. Central Ave.
Phoenix, AZ 85012

Sun Water Company
3701 London Bridge Road
Lake Havasu, AZ 86404

Sysco Foods
20701 East Currier Road
Walnut, CA 91789

Terminex
3147 W. Post Road
Las Vegas, NV 89118

Texas Comptroller of Public Accounts
111 East 17th Street
Austin, TX 78744

Texas Department of Revenue
Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Bldg.
111 East 17th Street
Austin, TX 78774

Texas Mutual Insurance Company
PO Box 841843
Dallas, TX 75284

Texas Networking Services
5728 Lunford Rd.
Apt. 312
Plano, TX 75024

Toll Hill Properties, Inc.
P.O. Box 840568
Dallas, TX 75248

Travelers
2420 Lakemont Avenue
Orlando, FL 32802

U.S. Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19899

United Healthcare Insurance Company
Dept. CH10151
Palatine, IL 60055

UPS
P.O. Box 650580
Dallas, TX 75254

UPS/Fleet Star, Inc.
5310 Harvest Hill Road
Suite 229
Dallas, TX 75230

Vance Bryson Company
2121 Spring Creek Parkway
Plano, TX 75023

Veolia Transportation
302 N. 1st Avenue
Suite 450
Phoenix, AZ 85003

Veritext Los Angeles Reporting Co.
3090 Bristol St.
Costa Mesa, CA 92626

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346

Vincent Lopez Serafino Jenevein, PC
2001 Bryan Street
Suite 2000
Dallas, TX 75201

Waste Management
7075 N. Scottsdale Road
Suite 300
Scottsdale, AZ 85252

Westport Fuel
101-1750 West 75th Avenue
Vancouver
British Columbia, Canada V6P 6G2

Wetco Investments, Inc.
15335 Valley Blvd.
Fontana, CA 92335

William Taylor, Esquire
McCarter & English
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Williams Four Corners
One Williams Center
Tulsa, OK 74172

Wyoming Secretary of State
Business Division
200 West 24th Street
Cheyenne, WY 82002

YA Global
c/o Andrews Kurth, LLP
450 Lexington Ave.
New York, NY 10017

Yeager
1995 Agua Mansa Road
Riverside, CA 92509

# United States Bankruptcy Court
## District of Delaware

In re  <u>**PNG Ventures, Inc., a Nevada Corporation**</u>

Case No. <u> </u>

Debtor(s)

Chapter <u>**11**</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>**PNG Ventures, Inc., a Nevada Corporation**</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>**September  3, 2009**</u>

Date

**/s/ L. Jason Cornell (I.D. No.**

**L. Jason Cornell (I.D. No. 3821)**

Signature of Attorney or Litigant

Counsel for <u>**PNG Ventures, Inc., a Nevada Corporation**</u>

**Fox Rothschild LLP**
**Citizens Bank Center**
**919 N. Market Street, Suite 1300**
**Wilmington, DE 19801**
**302-654-7444 Fax:(302) 656-8920**
**jcornell@foxrothschild.com**