# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | PNG Ventures, Inc., a Nevada Corporation |
| Case Number: | 09-13162-CSS     Chapter: 11 |
| Date / Time / Room: | TUESDAY, JANUARY 05, 2010 10:00 AM    CRT#6, 5TH FL. |
| Bankruptcy Judge: | CHRISTOPHER S. SONTCHI |
| Courtroom Clerk: | DANIELLE GADSON |
| Reporter / ECR: | LESLIE MURIN |

## Matter:

Omnibus

**R / M #:** 2 / 0

## Appearances:

See sign-in sheet

## Proceedings:

Hearing Matters

    Hearing held and counsel agrees to continue hearing to 1/6/09 at 3 PM.