## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| PNG VENTURES, INC., *et al.*,[1] | : |
| | : Case No. 09-13162 (CSS) |
| Debtors. | : |
| | : (Jointly Administered) |

### NOTICE OF **AMENDED** AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 5, 2010 AT 9:30 A.M.[2]

ADJOURNED/WITHDRAWN MATTERS:

1.  Debtors' Motion for Turnover of Property as to Black Forest International, LLC/BCGU, LLC [Filed December 11, 2009; Docket No. 210]

    Response Deadline:     December 29, 2009 at 4:00 p.m.

    Responses Received:

         (a)    Objection of Black Forest Ventures LLC and BCGU, LLC to Debtors' Motion for Entry of an Order Compelling Black Forest International, LLC/BCGU, LLC to Turnover Property of the Estate Pursuant to 11 U.S.C. §§ 105, 541 and 542 [Filed December 29, 2009; Docket No. 224]

    Related Documents:

         (a)    Notice of Withdrawal Regarding Debtors' Motion for Turnover of Property as to Black Forest International, LLC/BCGU, LLC [Filed March 2, 2010; Docket No. 338]

    Status:     This matter has been withdrawn and will not go forward.

2.  Debtors' Motion for Turnover of Property as to Evolution Fuels, Inc. f/k/a Earth Biofuels, Inc. f/k/a Meadow Springs, Inc. and Apollo Resources International, Inc. [Filed December 11, 2009; Docket No. 211]

---

[1] The Debtors herein are New Earth LNG, LLC, PNG Ventures, Inc., Arizona LNG, LLC, Applied LNG Technologies USA, LLC, Fleet Star, Inc. and Earth Leasing, Inc. The address for each Debtor is 5310 Harvest Hill Road, Dallas, TX 75230.

[2] Per direction of the Court, the hearing time has been moved from 9:00 a.m. to 9:30 a.m.

Response Deadline: December 29, 2009 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: By consent of the parties, this matter is adjourned to April 9, 2010 at 1:00 p.m.


MATTERS WITH CERTIFICATION OF NO OBJECTION:

3.  Debtors' First Omnibus Objection to Claims (Substantive) [Filed February 4, 2010; Docket No. 284]

    Response Deadline: February 26, 2010 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    (a)  Affidavit of Service Regarding Debtors' First and Second Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed February 8, 2010; Docket No. 296]

    (b)  Notice of Submission of Proofs of Claim Regarding Debtors' First Omnibus Objection to Claims (Substantive) [Filed February 18, 2010; Docket No. 313]

    (c)  Certification of No Objection Regarding Debtors' First Omnibus Objection to Claims (Substantive) [Filed March 2, 2010; Docket No. 336]

    (d)  **Order Modifying Claims (Substantive) [Entered March 3, 2010; Docket No. 343]**

    **Status:** **An Order has been entered granting the relief requested. This matter will not go forward.**

4.  Debtors' Second Omnibus Objection to Claims (Non-Substantive) [Filed February 4, 2010; Docket No. 285]

    Response Deadline: February 26, 2010 at 4:00 p.m.

    Responses Received: None

Related Documents:

(a) Amended Notice of Hearing on Debtors' Second Omnibus Objection to Claims (Non-Substantive) [Filed February 5, 2010; Docket No. 288]

(b) Affidavit of Service Regarding Debtors' First and Second Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed February 8, 2010; Docket No. 296]

(c) Notice of Submission of Proofs of Claim Regarding Debtors' Second Omnibus Objection to Claims (Non-Substantive) [Filed February 18, 2010; Docket No. 314]

(d) Certification of No Objection Regarding Debtors' Second Omnibus Objection to Claims (Non-Substantive) [Filed March 2, 2010; Docket No. 337]

(e) **Order Expunging Claims (Non-Substantive) [Entered March 3, 2010; Docket No. 342]**

**Status:** **An Order has been entered granting the relief requested. This matter will not go forward.**

MATTERS GOING FORWARD:

5. First Amended Plan of Reorganization of PNG Ventures, Inc. [Filed December 24, 2009; Docket No. 219]

Response Deadline: February 22, 2010 at 4:00 p.m.

Responses Received:

(a) Objection to First Amended Plan of Reorganization filed by Black Forest International, LLC [Filed February 22, 2010; Docket No. 323]

(b) Objection of the United States Trustee to Debtors' First Amended Plan of Reorganization [Filed February 24, 2010; Docket No. 326]

(c) Omnibus Reply of Fourth Third LLC to Objections Filed by Black Forest International, LLC and the United States Trustee to Debtors' First Amended Plan of Reorganization [Filed March 1, 2010; Docket No. 332]

(d) Debtors' Omnibus Reply to Objections of Black Forest International and the United States Trustee to Debtors' First Amended Plan of Reorganization.[Filed March 1, 2010; Docket No. 334]

Related Documents:

(a) Certification of Counsel Regarding Order (i) Approving Debtors' First Amended Disclosure Statement Relating to the First Amended Plan of Reorganization; (ii) Approving Form of Ballot and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (iii) Establishing Deadlines and Procedures for (a) Filing Claim Objections and (b) Temporary Allowance of Claims for Voting Purposes and (c) Establishing Record Date; (iv) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; (v) Getting the Bar Date for the Filing of Administrative Claims; and (vi) Scheduling a Hearing on Plan Confirmation [Filed January 7, 2010; Docket No. 251]

(b) Notice of Hearing on Debtors' First Amended Disclosure Statement in Support of First Amended Plan of Reorganization of PNG Ventures, Inc. [Filed December 24, 2009; Docket No. 221]

(c) Order (i) Approving Debtors' First Amended Disclosure Statement Relating to the First Amended Plan of Reorganization; (ii) Approving Form of Ballot and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (iii) Establishing Deadlines and Procedures for (a) Filing Claim Objections and (b) Temporary Allowance of Claims for Voting Purposes and (c) Establishing Record Date; (iv) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; (v) Getting the Bar Date for the Filing of Administrative Claims; and (vi) Scheduling a Hearing on Plan Confirmation [Entered January 8, 2010; Docket No. 252]

(d) Corrected Exhibit B to Certification of Counsel Regarding Order (i) Approving Debtors' First Amended Disclosure Statement Relating to the First Amended Plan of Reorganization; (ii) Approving Form of Ballot and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (iii) Establishing Deadlines and Procedures for (a) Filing Claim Objections and (b) Temporary Allowance of Claims for Voting Purposes and (c) Establishing Record Date; (iv) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; (v) Getting the Bar Date for the Filing of Administrative Claims; and (vi) Scheduling a Hearing on Plan Confirmation [Entered January 11, 2010; Docket No. 253]

(e) Notice of Amendment to (i) the Exhibit of Rejected Executory Contracts/Unexpired Leases and (ii) Exhibit of Assumed Executory Contracts/Unexpired Leases Relating to Debtors' First Amended Plan of Reorganization [Filed February 17, 2010; Docket No. 311]

(f)     Plan Supplement [Filed February 17, 2010; Docket No. 312]

(g)     Notice of Proposed Modification to the Debtors' First Amended Plan of
        Reorganization [Filed February 26, 2010; Docket No. 331]

(h)     Certification of Ballots of Logan and Company, Inc. [Filed March 2, 2010;
        Docket No. 339]

(i)     Certification of John Tittle, Jr., CPA/CFF, CTP, CIRA, CDBV in Support
        of Confirmation of Debtors' First Amended Plan of Reorganization [**Filed
        March 3, 2010; Docket No. 348**]

(j)     Certification of Alan Bradley Gabbard in Support of Confirmation of
        Debtors' First Amended Plan of Reorganization [**Filed March 3, 2010;
        Docket No. 349**]

(k)     Brief in Support of Confirmation of Debtors' First Amended Plan of
        Reorganization [**Filed March 3, 2010; Docket No. 350**]

Status:         This matter will go forward.


Dated:  March 4, 2010                    **FOX ROTHSCHILD LLP**
        Wilmington, DE

                                         _____/s/ Eric M. Sutty_____
                                         Eric M. Sutty (No. 4007)
                                         Citizens Bank Center
                                         919 North Market Street, Suite 1600
                                         Wilmington, Delaware 19899-2323
                                         (302) 654-7444
                                         E-mail: esutty@foxrothschild.com
                                                 -and-
                                         Hal L. Baume
                                         Martha B. Chovanes
                                         997 Lenox Drive, 3rd Floor
                                         Lawrenceville, NJ 08648
                                         (609) 896-3600; (609) 896-1469 (fax)
                                         E-mail: hbaume@foxrothschild.com
                                                 mchovanes@foxrothschild.com


                                         *Counsel to the Debtors and Debtors-in-Possession*