IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| PNG VENTURES, INC., *et al.*,[1] | : | |
| | : | Case No. 09-13162 (CSS) |
| Debtors. | : | |
| | : | (Jointly Administered) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 11, 2010 AT 4:00 P.M.

# *HEARING CANCELLED*

MATTERS GOING FORWARD:

1. First Amended Plan of Reorganization of PNG Ventures, Inc. [Filed December 24, 2009; Docket No. 219]

    Response Deadline:   February 22, 2010 at 4:00 p.m.

    Responses Received:

    (a)   Objection to First Amended Plan of Reorganization filed by Black Forest International, LLC [Filed February 22, 2010; Docket No. 323]

    (b)   Objection of the United States Trustee to Debtors' First Amended Plan of Reorganization [Filed February 24, 2010; Docket No. 326]

    (c)   Omnibus Reply of Fourth Third LLC to Objections Filed by Black Forest International, LLC and the United States Trustee to Debtors' First Amended Plan of Reorganization [Filed March 1, 2010; Docket No. 332]

    (d)   Debtors' Omnibus Reply to Objections of Black Forest International and the United States Trustee to Debtors' First Amended Plan of Reorganization.[Filed March 1, 2010; Docket No. 334]

    Related Documents:

---

[1] The Debtors herein are New Earth LNG, LLC, PNG Ventures, Inc., Arizona LNG, LLC, Applied LNG Technologies USA, LLC, Fleet Star, Inc. and Earth Leasing, Inc. The address for each Debtor is 5310 Harvest Hill Road, Dallas, TX 75230.

(a) Certification of Counsel Regarding Order (i) Approving Debtors' First Amended Disclosure Statement Relating to the First Amended Plan of Reorganization; (ii) Approving Form of Ballot and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (iii) Establishing Deadlines and Procedures for (a) Filing Claim Objections and (b) Temporary Allowance of Claims for Voting Purposes and (c) Establishing Record Date; (iv) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; (v) Getting the Bar Date for the Filing of Administrative Claims; and (vi) Scheduling a Hearing on Plan Confirmation [Filed January 7, 2010; Docket No. 251]

(b) Notice of Hearing on Debtors' First Amended Disclosure Statement in Support of First Amended Plan of Reorganization of PNG Ventures, Inc. [Filed December 24, 2009; Docket No. 221]

(c) Order (i) Approving Debtors' First Amended Disclosure Statement Relating to the First Amended Plan of Reorganization; (ii) Approving Form of Ballot and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (iii) Establishing Deadlines and Procedures for (a) Filing Claim Objections and (b) Temporary Allowance of Claims for Voting Purposes and (c) Establishing Record Date; (iv) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; (v) Getting the Bar Date for the Filing of Administrative Claims; and (vi) Scheduling a Hearing on Plan Confirmation [Entered January 8, 2010; Docket No. 252]

(d) Corrected Exhibit B to Certification of Counsel Regarding Order (i) Approving Debtors' First Amended Disclosure Statement Relating to the First Amended Plan of Reorganization; (ii) Approving Form of Ballot and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (iii) Establishing Deadlines and Procedures for (a) Filing Claim Objections and (b) Temporary Allowance of Claims for Voting Purposes and (c) Establishing Record Date; (iv) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; (v) Getting the Bar Date for the Filing of Administrative Claims; and (vi) Scheduling a Hearing on Plan Confirmation [Entered January 11, 2010; Docket No. 253]

(e) Notice of Amendment to (i) the Exhibit of Rejected Executory Contracts/Unexpired Leases and (ii) Exhibit of Assumed Executory Contracts/Unexpired Leases Relating to Debtors' First Amended Plan of Reorganization [Filed February 17, 2010; Docket No. 311]

(f) Plan Supplement [Filed February 17, 2010; Docket No. 312]

(g) Notice of Proposed Modification to the Debtors' First Amended Plan of Reorganization [Filed February 26, 2010; Docket No. 331]

(h) Certification of Ballots of Logan and Company, Inc. [Filed March 2, 2010; Docket No. 339]

(i) Certification of John Tittle, Jr., CPA/CFF, CTP, CIRA, CDBV in Support of Confirmation of Debtors' First Amended Plan of Reorganization [Filed March 3, 2010; Docket No. 348]

(j) Certification of Alan Bradley Gabbard in Support of Confirmation of Debtors' First Amended Plan of Reorganization [Filed March 3, 2010; Docket No. 349]

(k) Brief in Support of Confirmation of Debtors' First Amended Plan of Reorganization [Filed March 3, 2010; Docket No. 350]

(l) Proposed Findings of Fact, Conclusions of Law and Order Confirming the Debtors' First Amended Chapter 11 Plan of Reorganization (To Be Submitted)

Status: At the hearing held on March 5, 2010, the Court overruled the Objection to First Amended Plan of Reorganization filed by Black Forest International, LLC and the Objection of the United States Trustee to Debtors' First Amended Plan of Reorganization. This matter will go forward.

Dated: March 11, 2010
Wilmington, DE

**FOX ROTHSCHILD LLP**

 */s/ Eric M. Sutty*
Eric M. Sutty (No. 4007)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19899-2323
(302) 654-7444
E-mail: esutty@foxrothschild.com
    -and-
Hal L. Baume
Martha B. Chovanes
997 Lenox Drive, 3rd Floor
Lawrenceville, NJ 08648
(609) 896-3600; (609) 896-1469 (fax)
E-mail: hbaume@foxrothschild.com
    mchovanes@foxrothschild.com

*Counsel to the Debtors and Debtors-in-Possession*