**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PNG VENTURES, INC., *et al.*,[1] | : | Case No. 09-13162 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Related to D.I. 357 |

**NOTICE OF EFFECTIVE DATE OF FIRST AMENDED JOINT PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE
OF PNG VENTURES, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on March 12, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Order Confirming the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of PNG Ventures, Inc. and its Affiliated Debtors* [Docket No. 357] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of PNG Ventures, Inc. and its Affiliated Debtors* (the "Plan") became effective on **March 24, 2010** (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan may be obtained at www.ecf.deb.uscourts.gov or www.loganandcompany.com or during regular business hours (9:00 a.m. to 4:00 p.m. Eastern Time weekdays, except holidays) at the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan, as of the Effective Date, Edward P. Bond is appointed as Creditor Trustee[2] of the PNG Creditor Trust.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan, **May 23, 2010 at 4:00 p.m. (no later than 60 days after Effective Date)** is the deadline for all parties asserting Professional Fee Claims to file final applications with the Bankruptcy Court for allowance of compensation for services rendered and reimbursement of expenses incurred through the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the holder of an Administrative Claim, other than (i) a Professional Claim; (ii) a liability incurred and payable in the ordinary course of business by a Debtor (and not past due); or (iii) an Administrative Claim that has been Allowed on or before the Effective Date, must file with the Court and serve on the Notice Parties (as defined below) notice of such Administrative Claim so that such notice is actually received by

---

[1] The Debtors herein are New Earth LNG, LLC, PNG Ventures, Inc., Arizona LNG, LLC, Applied LNG Technologies USA, LLC, Fleet Star, Inc. and Earth Leasing, Inc. The address for each Debtor is 5310 Harvest Hill Road, Dallas, TX 75230.

[2] Any capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

the Court and the Notice Parties no later than **April 16, 2010,** which is thirty (30) days after service of the Notice of Confirmation (the "Administrative Claim Bar Date"). Such notice must include at a minimum (i) the name of the Debtor(s) purported to be liable for the Administrative Claim, (ii) the name of the holder of the Administrative Claim, (iii) the amount of the Administrative Claim, and (iv) the basis of the Administrative Claim. **Failure to file and serve such notice timely and properly shall result in the Administrative Claim being forever barred and discharged.**

Notice of Administrative Claims subject to the Administrative Claim Bar Date shall be served on: (i) Counsel for the Debtors, Eric M. Sutty, Esquire, Fox Rothschild LLP, 919 N. Market Street, 16th Floor, Wilmington, DE 19801 and Hal L. Baume, Esquire and Martha B. Chovanes, Esquire, Fox Rothschild LLP, 997 Lenox Drive, Bldg. 3, Lawrenceville, NJ 08648, (ii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Wilmington, DE 19801, Attn: Jane Leamy, Esquire; (iii) counsel for Fourth Third, LLC/Medley, c/o Arthur Steinberg, Esquire, King & Spalding, 1185 Avenue of the Americas, New York, NY 10036-4003; (iv) counsel for Greenfield Commercial Credit, L.L.C. c/o William Taylor, Esquire, McCarter & English, Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, DE 19801; (v) counsel to Castlerigg c/o David Neier, Esquire, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4193 and Lee Iannorone, Esquire, Sandell Asset Management Corp., Castlerigg Master Investments, 40 West 57th Street, 26th Floor, New York, NY 10019 and William E. Chipman, Jr., Esquire, Landis Rath & Cobb LLP, 919 N. Market Street, Suite 1800, Wilmington, DE 19801; and (vi) counsel to the Creditors' Committee, Robert K. Malone, Esquire, Drinker Biddle & Reath, LLP, 500 Campus Drive, Florham Park, NJ 07932-1047 and Howard A. Cohen, Esquire, Drinker Biddle & Reath, LLP, 1100 N. Market Street, Suite 1000, Wilmington, DE 19801 (collectively, the "Notice Parties").

Dated: March 29, 2009         **FOX ROTHSCHILD LLP**

                                               */s/ Eric M. Sutty*
                                  Eric M. Sutty (Bar No. 4007)
                                  919 North Market Street, Suite 1300
                                  Wilmington, DE 19899-2323
                                  (302) 654-7444; (302) 656-8920 (fax)
                                  esutty@foxrothschild.com
                                        and
                                  Hal L. Baume, Esquire (HB 6668)
                                  Martha B. Chovanes, Esquire (MC 3210)
                                  997 Lenox Drive, Bldg. 3
                                  Lawrenceville, NJ 08648
                                  (609) 896-3600; (609) 896-1469 (fax)
                                  hbaume@foxrothschild.com
                                  mchovanes@foxrothschild.com

                                  *Counsel for PNG Ventures, Inc., et. al.*
                                  *Debtors and Debtors In Possession*